UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ARMAND R. LABRUCHERIE, et al.,<br><br>        Defendants. | Case No. 20-cv-08142-SVK<br><br>**ORDER TO SHOW CAUSE** |

There having been no recent activity in this case, Plaintiff is ordered to file a statement no later than **July 20, 2021**, to show cause, if any, why the case should not be dismissed for failure to prosecute. The Parties are ordered appear for a hearing on this Order on **July 27, 2021 at 11:00 a.m.**

**SO ORDERED.**

Dated: June 30, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge